

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:14cr20 |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| (1) ORALIA MEZA-BANDA, a/k/a "Lala" and | ) | |
| (2) SERGIO MARTINEZ-MARTINEZ, | ) | |
|    a/k/a "Fernando" | ) | |
| _____ | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins,

United States Attorney for the Western District of North Carolina, for an Order directing that the

Motion to Seal and this Order and Bill of Indictment and the Warrants be sealed, to protect the

secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment

and the Warrants be sealed until further order of this court.

The Clerk is directed to certify one copy of this Order to the United States Attorney's

Office.

This the 20 day of May, 2014.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE